UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-CR-20187-HUCK/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARISOL MORALES,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Magistrate Judge McAliley's Report and Recommendation on Change of Plea [ECF No. 249], which was issued on March 12, 2019. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Marisol Morales, be found to have freely and voluntarily entered a plea of guilty to Count 4 of the Superseding Indictment, which charges Defendant with attempting to interfere with commerce by threats or violence, in violation of Title 18, United States Code, Section 1951(a). Magistrate Judge McAliley recommends that Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [ECF No. 249] is adopted and approved in its entirety.

Defendant's guilty plea is accepted, and Defendant is adjudged guilty of attempting to interfere with commerce by threats or violence, in violation of Title 18, United States Code, Section 1951(a). A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Thursday, May 9, 2019, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on May 8, 2019.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record
U.S. Pretrial Services